UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRANK JUDSON, M.D., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV-06-124-B-W |
| MOUNT DESERT POLICE, et al., | ) ) ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Amended Recommended Decision filed August 13, 2007, the Amended Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendants' Motion for Summary Judgment (Docket # 10) be and hereby is GRANTED on all claims set forth in the Plaintiff's Complaint.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2007