UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRANK JUDSON, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV-06-124-B-W |
| | ) |
| MOUNT DESERT POLICE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on August 13, 2007 her Amended Recommended Decision.  The Plaintiff filed his objections to the Recommended Decision on September 27, 2007 and the Defendants filed their responses to those objections on October 9, 2007.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is further **ORDERED** that the Defendants' Motion for Summary Judgment (Docket # 10) be and hereby is **GRANTED**.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 30th day of November, 2007